UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NeighborCare of New Hampshire, LLC

           v.

New Hope Healthcare Systems--Bedford, LLC

Case No. 13-cv-14-SM


O R D E R

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 26, 2013, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    NeighborCare of New Hampshire, LLC's Motion for Default Judgment (document no. 9) is hereby granted on the claim for breach of contract as stated in Count 1.  Judgment shall be entered in favor of NeighborCare of New Hampshire, LLC, and against New Hope

Healthcare Systems – Bedford, LLC in the amount of $481,012.88 in damages, $8,307.50 in attorney's fees, and $571.60 in costs. Counts II through VI are hereby dismissed.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: October 21, 2013

cc: Joseph Gardner Mattson, Esq.